IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| WILLIAM GERALD PRUITT, | : | |
| | : | |
| Petitioner, | : | |
| | : | CASE NO. 4:17-CR-57-CDL-MSH |
| v. | : | CASE NO. 4:22-CV-4-CDL-MSH |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## ORDER

Pending before the Court is Petitioner William Gerald Pruitt's motion for bond (ECF No. 110). Petitioner seeks bail pending the resolution of his motion and amended motion to vacate (ECF Nos. 102, 109). A habeas petitioner seeking bail during the pendency of a habeas application must show (1) a likelihood of success on the merits of a substantial constitutional claim, and (2) extraordinary and exceptional circumstances rendering bail necessary to preserve the effectiveness of the petitioner's habeas claims. *Gomez v. United States*, 899 F.2d 1124, 1125 (11th Cir. 1990) (citation omitted). Petitioner asserts no reason that the Court should grant him bail—other than the Court's general ability to do so. Pet.'s Mot. for Bond 1, ECF No. 110. As such, Petitioner fails to meet his burden and his motion for bond (ECF No. 110) is **DENIED**.

SO ORDERED, this 16th day of March, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE